**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Alvey T. Hose, Jr. |
| Debtor 2 (Spouse, if filing) | Kelly L. Hose |
| United States Bankruptcy Court for the: | District of Maryland (State) |
| Case number | 15-12010 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 3457 ____ ____ ____

**Property address:** 1166 Corbett Street
Number    Street

Hagerstown, Maryland  21740
City           State      ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ___/___/___
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 33,172.11
  *Suspense Balance Deficit    * $ 217.01
b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00
c. **Total**. Add lines a and b.    (c) $ 33,389.12

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   04 / 01 / 2017
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

19-601225

| | | | |
|---|---|---|---|
| Debtor 1 | Alvey T. Hose, Jr. | Case number (*if known*) | 15-12010 |
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Joshua Welborn, Esq. (Jwel)
Signature

Date 04/18/2019

| | | | |
|---|---|---|---|
| Print | Joshua Welborn, Esq. | Title | Attorney for creditor |
| | First Name  Middle Name  Last Name | | |
| Company | McCabe, Weisberg & Conway, LLC | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| | |
|---|---|
| Address | 312 Marshall Ave, Suite 800 |
| | Number    Street |
| | Laurel, MD 20707 |
| | City    State    ZIP Code |
| Contact phone | (301) 490 – 3361 |
| Email | bankruptcymd@mwc-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2019 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

**Craig W. Stewart**
Laura Margulies & Associates, LLC
6205 Executive Blvd
Rockville, MD 20852
Email: craig@law-margulies.com

**Nancy Spencer Grigsby**
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
Email: grigsbyecf@ch13md.com

I hereby further certify that on the 18th day of April, 2019, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Alvey T. Hose, Jr.
1166 Corbelt Street
Hagerstown, MD 21740
(Via U.S Mail)

  and

Kelly L. Hose
1166 Corbelt Street
Hagerstown, MD 21740
(Via U.S Mail)

                                        */s/ Joshua Welborn, Esq.*
                                        Joshua Welborn, Esq.

19-601225



| Payment Changes | | | | |
|---|---|---|---|---|
| Date | P&I | Escrow | Total | Notice Filed |
| 8/1/2015 | | | $ 1,143.51 | Filed w/POC |
| 1/1/2016 | | | $ 1,206.30 | NOPC |
| 1/1/2017 | | | $ 1,251.01 | NOPC |
| 12/1/2017 | | | $ 1,362.59 | NOPC |

| Loan Information | |
|---|---|
| Loan # | |
| Borrower | HOSE |
| BK Case # | 15-12010 |
| Date Filed | 2/12/2015 |
| First Post Petition Due Date | 3/1/2015 |
| POC Covers | 2/1/15-2/1/15  1 payment |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/28/2015 | $899.79 | suspense | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | |
| 9/10/2015 | $1,800.00 | 3/1/2015 | 2/1/2015 | $ 1,143.51 | $656.49 | $656.49 | | $656.49 | | | $0.00 | $0.00 | |
| 11/2/2015 | $1,206.00 | 4/1/2015 | 3/1/2015 | $ 1,143.51 | $62.49 | $62.49 | | $718.98 | | | $0.00 | $0.00 | |
| 1/4/2016 | $900.00 | 5/1/2015 | 4/1/2015 | $ 1,143.51 | -$243.51 | | $243.51 | $475.47 | | | $0.00 | $0.00 | |
| 1/20/2016 | $418.00 | suspense | | | $418.00 | $418.00 | | $893.47 | | | $0.00 | $0.00 | |
| 2/9/2016 | $900.10 | 6/1/2015 | 5/1/2015 | $ 1,143.51 | -$243.41 | | $243.41 | $650.06 | | | $0.00 | $0.00 | |
| 3/1/2016 | $51.52 | Trustee payment | | | $51.52 | $420.00 | | $1,070.06 | $51.52 | | $51.52 | $51.52 | |
| 3/33/16 | $420.00 | suspense | | $ 1,143.51 | -$723.51 | $1,490.49 | | $2,560.55 | $103.04 | | $154.56 | $154.56 | |
| 5/13/2016 | $2,634.00 | 7/1/2015 | 6/1/2015 | $ 1,143.51 | $1,490.49 | $1,491.49 | | $4,052.04 | | | $154.56 | $154.56 | |
| | | 8/1/2015 | 7/1/2015 | $ 1,143.51 | -$1,143.51 | | $1,143.51 | $2,908.53 | | | $154.56 | $154.56 | |
| | | 9/1/2015 | 8/1/2015 | $ 1,143.51 | -$1,143.51 | | $1,143.51 | $1,765.02 | | | $154.56 | $154.56 | |
| | | 10/1/2015 | 9/1/2015 | $ 1,143.51 | -$1,143.51 | | $1,143.51 | $621.51 | | | $154.56 | $154.56 | |
| 5/31/2016 | $51.52 | Trustee payment | | | $51.52 | | | $621.51 | $51.52 | | $206.08 | $206.08 | |
| 6/30/2016 | $103.04 | Trustee payment | | | $103.04 | | | $621.51 | $103.04 | | $309.12 | $309.12 | |
| 7/21/2016 | $2,635.00 | 11/1/2015 | 10/1/2015 | $ 1,143.51 | $1,491.49 | $1,491.49 | | $2,113.00 | | | $309.12 | $309.12 | |
| 8/19/2016 | $1,317.00 | 12/1/2015 | 11/1/2015 | $ 1,143.51 | $173.49 | $173.49 | | $2,286.49 | | | $309.12 | $309.12 | |
| | | 1/1/2016 | 12/1/2015 | $ 1,206.30 | -$1,206.30 | | $1,206.30 | $1,080.19 | | | $309.12 | $309.12 | |
| 8/31/2016 | $51.52 | Trustee payment | | | $51.52 | | | $1,080.19 | $51.52 | | $360.64 | $360.64 | |
| 9/30/2016 | $103.04 | Trustee payment | | | $103.04 | | | $1,080.19 | | | $360.64 | $360.64 | |
| 10/14/2016 | $2,634.00 | 2/1/2016 | 1/1/2016 | $ 1,206.30 | $1,427.70 | $1,427.70 | | $2,507.89 | | | $360.64 | $360.64 | |
| | | 3/1/2016 | 2/1/2016 | $ 1,206.30 | -$1,206.30 | | $1,206.30 | $1,301.59 | | | $360.64 | | |
| 11/30/2016 | $51.52 | Trustee payment | | | $51.52 | | | $1,301.59 | $51.52 | | $412.16 | $412.16 | |
| 1/4/2017 | $103.04 | Trustee payment | | | $103.04 | | | $1,301.59 | $103.04 | | $515.20 | $515.20 | |
| 1/13/2017 | $1,317.00 | 4/1/2016 | 3/1/2016 | $ 1,206.30 | $110.70 | $110.70 | | $1,412.29 | | | $515.20 | $515.20 | |
| | | 5/1/2016 | 4/1/2016 | $ 1,206.30 | -$1,206.30 | | $1,206.30 | $205.99 | | | $515.20 | | |
| 2/28/2017 | $51.52 | Trustee payment | | | $51.52 | | | $205.99 | $51.52 | | $566.72 | $566.72 | |
| 3/5/2017 | $1,317.00 | 6/1/2016 | 5/1/2016 | $ 1,206.30 | $110.70 | $110.70 | | $316.69 | | | $566.72 | $566.72 | |
| 3/31/2017 | $103.04 | Trustee payment | | | $103.04 | | | $316.69 | | | $669.76 | $669.76 | |
| 5/8/2017 | $1,317.00 | 7/1/2016 | 6/1/2016 | $ 1,206.30 | $110.70 | $110.70 | | $427.39 | | | $669.76 | $669.76 | |
| 5/31/2017 | $51.52 | Trustee payment | | | $51.52 | | | $427.39 | $51.52 | | $721.28 | $721.28 | |
| 6/31/17 | $51.52 | Trustee payment | | | $51.52 | | | $427.39 | $51.52 | | $772.80 | $772.80 | |
| 7/13/2017 | $1,250.00 | 8/1/2016 | 7/1/2016 | $ 1,206.30 | $43.70 | $43.70 | | $471.09 | | | $772.80 | $772.80 | |
| 8/22/2017 | $1,790.79 | 9/1/2016 | 8/1/2016 | $ 1,206.30 | $584.49 | $584.49 | | $1,055.58 | | | $772.80 | $772.80 | |
| 8/31/2017 | $51.52 | Trustee payment | | | $51.52 | | | $1,055.58 | $51.52 | | $824.32 | $824.32 | |
| 9/26/2017 | $1,790.79 | 10/1/2016 | 9/1/2016 | $ 1,206.30 | $584.49 | $584.49 | | $1,640.07 | | | $824.32 | $824.32 | |
| | | 11/1/2016 | 10/1/2016 | $ 1,206.30 | -$1,206.30 | | $1,206.30 | $433.77 | | | $824.32 | $824.32 | |
| 9/30/2017 | $51.52 | Trustee payment | | | $51.52 | | | $433.77 | $51.52 | | $875.84 | $875.84 | |
| 10/31/2017 | $51.52 | Trustee payment | | | $51.52 | | | $433.77 | $51.52 | | $927.36 | $927.36 | |
| 11/30/2017 | $51.52 | Trustee payment | | | $51.52 | | | $433.77 | $51.52 | | $978.88 | $978.88 | |
| 12/31/2017 | $51.52 | Trustee payment | | | $51.52 | | | $433.77 | $51.52 | | $1,030.40 | $1,030.40 | |
| 1/31/2018 | $309.12 | Trustee payment | | | $309.12 | | | $433.77 | $309.12 | | $1,339.52 | $1,339.52 | |
| 2/28/2018 | $154.56 | Trustee payment | | | $154.56 | | | $433.77 | $154.56 | | $1,494.08 | $1,494.08 | |
| 3/31/2018 | $206.08 | Trustee payment | | | $206.08 | | | $433.77 | $206.08 | | $1,700.16 | $1,700.16 | |
| 4/30/2018 | $154.56 | Trustee payment | | | $154.56 | | | $433.77 | $154.56 | | $1,854.72 | $1,854.72 | |
| 6/30/2018 | $60.07 | Trustee payment | | | $60.07 | | | $433.77 | $60.07 | | $1,914.79 | $1,914.79 | |
| | | pre petition applied | 11/1/2016 | | $0.00 | | | $433.77 | | $1,206.30 | $708.49 | $1,914.79 | |
| 10/11/2018 | $861.71 | 12/1/2016 | 12/1/2016 | $1,206.30 | -$344.59 | | $344.59 | $89.18 | | | $708.49 | $1,914.79 | |
| 11/30/2018 | $861.71 | suspense | | | $861.71 | $861.71 | | $950.89 | | | $708.49 | $1,914.79 | |
| 1/4/2019 | $861.71 | 1/1/2017 | 1/1/2017 | $1,251.01 | -$389.30 | | $389.30 | $561.59 | | | $708.49 | $1,914.79 | |
| 2/6/2019 | $861.71 | 2/1/2017 | 2/1/2017 | $1,251.01 | -$389.30 | | $389.30 | $172.29 | | | $708.49 | | |
| 3/13/2019 | $861.71 | 3/1/2017 | 3/1/2017 | $1,251.01 | -$389.30 | | $389.30 | -$217.01 | | | $708.49 | | |
| | DUE | 4/1/2017 | | $1,251.01 | | | | | | | | | |
| | | 5/1/2017 | | $1,251.01 | | | | | | | | | |
| | | 6/1/2017 | | $1,251.01 | | | | | | | | | |
| | | 7/1/2017 | | $1,251.01 | | | | | | | | | |
| | | 8/1/2017 | | $1,251.01 | | | | | | | | | |
| | | 9/1/2017 | | $1,251.01 | | | | | | | | | |
| | | 10/1/2017 | | $1,251.01 | | | | | | | | | |
| | | 11/1/2017 | | $1,251.01 | | | | | | | | | |
| | | 12/1/2017 | | $1,362.59 | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1/1/2018 | | $1,362.59 | | | | | | | |
| | | 2/1/2018 | | $1,362.59 | | | | | | | |
| | | 3/1/2018 | | $1,362.59 | | | | | | | |
| | | 4/1/2018 | | $1,362.59 | | | | | | | |
| | | 5/1/2018 | | $1,362.59 | | | | | | | |
| | | 6/1/2018 | | $1,362.59 | | | | | | | |
| | | 7/1/2018 | | $1,362.59 | | | | | | | |
| | | 8/1/2018 | | $1,362.59 | | | | | | | |
| | | 9/1/2018 | | $1,362.59 | | | | | | | |
| | | 10/1/2018 | | $1,362.59 | | | | | | | |
| | | 11/1/2018 | | $1,362.59 | | | | | | | |
| | | 12/1/2018 | | $1,362.59 | | | | | | | |
| | | 1/1/2019 | | $1,362.59 | | | | | | | |
| | | 2/1/2019 | | $1,362.59 | | | | | | | |
| | | 3/1/2019 | | $1,362.59 | | | | | | | |
| | | 4/1/2019 | | $1,362.59 | | | | | | | |